Drew M. Wintringham, III (admitted *pro hac vice*/drew.wintringham@cliffordchance.com)
Daniel M. Goldfisher (admitted *pro hac vice*/daniel.goldfisher@cliffordchance.com)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York  10019-6131
Tel:  (212) 878-8000
Fax:  (212) 878-8375

Daniel R. Harris (State Bar No. 188417/daniel.harris@cliffordchance.com)
CLIFFORD CHANCE US LLP
990 Marsh Road
Menlo Park, California  94025-1949
Tel:  (650) 566-4300
Fax:  (650) 566-4399

Attorneys for Defendant and Plaintiff
CASHEDGE INC.

David M. Barkan (State Bar No. 160825/barkan@fr.com)
Criag R. Compton (State Bar No. 215491/compton@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California  94063
Tel:  (650) 839-5070
Fax:  (650) 839-5071

Attorneys for Plaintiff and Defendant
YODLEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>CASHEDGE INC.,<br><br>      Defendant. | Case No. C 05-01550 SI<br><br>**STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| CASHEDGE INC.,<br><br>      Plaintiff,<br><br>v.<br><br>YODLEE, INC.,<br><br>      Defendant. | Case No. C 06-04648 SI<br><br>**STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

The parties to the above-entitled actions hereby stipulate that

    (A)    due to the unavailability of counsel for CashEdge Inc., the Further Case Management Conference in Case No. C 05-1550 (SI), presently scheduled for October 19, 2006; and

    (B)    due to the unavailability of counsel for Yodlee, Inc., the Initial Case Management Conference in Case No. C 06-4648 (SI), presently scheduled for November 3, 2006;

each be rescheduled for December 15, 2006.

Dated: September 27, 2006

CLIFFORD CHANCE US LLP

By: _/s/ Daniel M. Goldfisher_
      Daniel M. Goldfisher

Attorneys for Defendant and Plaintiff
CASHEDGE INC.

Dated: September 27, 2006

FISH & RICHARDSON P.C.

By: _/s/ David M. Barkan_
      David M. Barkan

Attorneys for Plaintiff and Defendant
YODLEE, INC.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan.

Dated: September 27, 2006              CLIFFORD CHANCE US LLP

                                       By: _____
                                       Daniel M. Goldfisher

                                       Attorneys for Defendant and Plaintiff
                                       CASHEDGE INC.

1 | Drew M. Wintringham, III (admitted *pro hac vice*/drew.wintringham@cliffordchance.com)
Daniel M. Goldfisher (admitted *pro hac vice*/daniel.goldfisher@cliffordchance.com)
2 | CLIFFORD CHANCE US LLP
31 West 52nd Street
3 | New York, New York 10019-6131
Tel: (212) 878-8000
4 | Fax: (212) 878-8375

5 | Daniel R. Harris (State Bar No. 188417/daniel.harris@cliffordchance.com)
CLIFFORD CHANCE US LLP
6 | 990 Marsh Road
Menlo Park, California 94025-1949
7 | Tel: (650) 566-4300
Fax: (650) 566-4399
8 |
Attorneys for Defendant and Plaintiff
9 | CASHEDGE INC.

10 | David M. Barkan (State Bar No. 160825/barkan@fr.com)
Criag R. Compton (State Bar No. 215491/compton@fr.com)
11 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
12 | Redwood City, California 94063
Tel: (650) 839-5070
13 | Fax: (650) 839-5071

14 | Attorneys for Plaintiff and Defendant
YODLEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CASHEDGE INC., <br><br> Defendant. | Case No. C 05-01550 SI <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

---

[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCES     -1-     Case Nos. C 05-01550 (SI) and C 06-04648 (SI)
NYA 804402.1

| | |
|---|---|
| CASHEDGE INC., <br><br> Plaintiff, <br><br> v. <br><br> YODLEE, INC., <br><br> Defendant. | Case No. C 06-04648 SI <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

The parties to the above-entitled actions having stipulated to the unavailability of counsel to appear at the currently scheduled Case Management Conferences on October 19, 2006 in Case No. 05-1550 (SI), and November 3, 2006 in Case No. 06-4648 (SI);

IT IS HEREBY ORDERED that the Case Management Conferences in the aforementioned cases be rescheduled for December 15, 2006.

**IT IS SO ORDERED**

Dated: _____, 2006

_____
Honorable Susan Illston
United States District Judge