1  Drew M. Wintringham, III (admitted *pro hac vice*/drew.wintringham@cliffordchance.com)
   Daniel M. Goldfisher (admitted *pro hac vice*/daniel.goldfisher@cliffordchance.com)
2  CLIFFORD CHANCE US LLP
   31 West 52nd Street
3  New York, New York  10019-6131
   Tel:  (212) 878-8000
4  Fax:  (212) 878-8375

5  Attorneys for Defendant and Plaintiff
   CASHEDGE INC.
6
   David M. Barkan (State Bar No. 160825/barkan@fr.com)
7  Craig R. Compton (State Bar No. 215491/compton@fr.com)
   FISH & RICHARDSON P.C.
8  500 Arguello Street, Suite 500
   Redwood City, California  94063
9  Tel:  (650) 839-5070
   Fax:  (650) 839-5071
10
   Attorneys for Plaintiff and Defendant
11 YODLEE, INC.

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                        (SAN FRANCISCO DIVISION)

15 
   | YODLEE, INC.,          | Case No. C 05-01550 SI |
16 |                        |                        |
   |         Plaintiff,     | **STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |
17 |                        |                        |
   |     v.                 |                        |
18 |                        |                        |
   | CASHEDGE INC.,         |                        |
19 |                        |                        |
   |         Defendant.     |                        |
20 |                        |                        |
   | CASHEDGE INC.,         | Case No. C 06-04648 SI |
21 |                        |                        |
   |         Plaintiff,     | **STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |
22 |                        |                        |
   |     v.                 |                        |
23 |                        |                        |
   | YODLEE, INC.,          |                        |
24 |                        |                        |
   |         Defendant.     |                        |
25

26

27

28

STIPULATION TO RESCHEDULE CASE MANAGEMENT       -1-         Case Nos. C 05-01550 (SI) and C 06-04648 (SI)
CONFERENCES                                                                              NYA 815592.3

1  The parties presently are engaged in discussions and are engaging in informal discovery
2  which could result in resolution of Case No. C 06-4648 (SI) and require three to four weeks for
3  that analysis. The parties also would like to maintain the two related cases' case management
4  conferences on a single date and would like the opportunity to resolve certain outstanding
5  discovery issues in Case No. C 05-1550 (SI) prior to such conferences.
6  As such, the parties to the above-entitled actions hereby jointly request that
7  (A) the Further Case Management Conference in Case No. C 05-1550 (SI),
8  presently scheduled for December 15, 2006; and
9  (B) the Initial Case Management Conference in Case No. C 06-4648 (SI),
10  presently scheduled for December 15, 2006;
11  each be rescheduled for January 26, 2007, or a later date that is convenient for the Court.

13  Dated: December 13, 2006                    Dated: December 13, 2006
14  CLIFFORD CHANCE US LLP                      FISH & RICHARDSON P.C.

16  By:  /s/ Drew M. Wintringham, III           By:  /s/ David M. Barkan
       Drew M. Wintringham, III                      David M. Barkan

17  Attorneys for Defendant and Plaintiff       Attorneys for Plaintiff and Defendant
    CASHEDGE INC.                               YODLEE, INC.

STIPULATION TO RESCHEDULE CASE MANAGEMENT      -2-      Case Nos. C 05-01550 (SI) and C 06-04648 (SI)
CONFERENCES                                                                         NYA 815592.3

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan.

Dated: December 13, 2006                    CLIFFORD CHANCE US LLP


                                            By: /s/ Drew M. Wintringham, III
                                                    Drew M. Wintringham, III

                                            Attorneys for Defendant and Plaintiff
                                            CASHEDGE INC.

1  Drew M. Wintringham, III (admitted *pro hac vice*/drew.wintringham@cliffordchance.com)
   Daniel M. Goldfisher (admitted *pro hac vice*/daniel.goldfisher@cliffordchance.com)
2  CLIFFORD CHANCE US LLP
   31 West 52nd Street
3  New York, New York  10019-6131
   Tel:  (212) 878-8000
4  Fax:  (212) 878-8375

5  Attorneys for Defendant and Plaintiff
   CASHEDGE INC.
6
   David M. Barkan (State Bar No. 160825/barkan@fr.com)
7  Craig R. Compton (State Bar No. 215491/compton@fr.com)
   FISH & RICHARDSON P.C.
8  500 Arguello Street, Suite 500
   Redwood City, California  94063
9  Tel:  (650) 839-5070
   Fax:  (650) 839-5071
10
   Attorneys for Plaintiff and Defendant
11 YODLEE, INC.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       (SAN FRANCISCO DIVISION)

15 

| YODLEE, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>CASHEDGE INC.,<br><br>   Defendant. | Case No. C 05-01550 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |
|---|---|
| CASHEDGE INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>YODLEE, INC.,<br><br>   Defendant. | Case No. C 06-04648 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCES  -1-  Case Nos. C 05-01550 (SI) and C 06-04648 (SI)
NYA 815593.3

1   The parties to the above-entitled actions having so stipulated,

2   IT IS HEREBY ORDERED that the currently scheduled Case Management Conferences
3   in each of the above captioned cases be rescheduled for a date that is convenient for the Court on
4   or after January 26, 2007.

5

6   **IT IS SO ORDERED**

7

8   Dated: December __, 2006

9   _____
    Honorable Susan Illston
10  United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE        -2-        Case Nos. C 05-01550 (SI) and C 06-04648 (SI)
CASE MANAGEMENT CONFERENCES                                                                          NYA 815593.3