Drew M. Wintringham, III (admitted *pro hac vice*/drew.wintringham@cliffordchance.com)
Daniel M. Goldfisher (admitted *pro hac vice*/daniel.goldfisher@cliffordchance.com)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019-6131
Tel: (212) 878-8000
Fax: (212) 878-8375

Attorneys for Defendant and Plaintiff
CASHEDGE INC.

David M. Barkan (State Bar No. 160825/barkan@fr.com)
Craig R. Compton (State Bar No. 215491/compton@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Attorneys for Plaintiff and Defendant
YODLEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| YODLEE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CASHEDGE INC.,<br><br>    Defendant. | Case No. C 05-01550 SI<br><br>**STIPULATION TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |
| CASHEDGE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>YODLEE, INC.,<br><br>    Defendant. | Case No. C 06-04648 SI<br><br>**STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

1   The parties presently are engaged in discussions which could result in resolution of these
2   cases. The parties would like to maintain the two related cases' case management conferences
3   on a single date.
4   As such, the parties to the above-entitled actions hereby jointly request that
5       (A)   the Further Case Management Conference in Case No. C 05-1550 (SI),
6             presently scheduled for January 26, 2007; and
7       (B)   the Initial Case Management Conference in Case No. C 06-4648 (SI),
8             presently scheduled for January 26, 2007;
9   each be rescheduled for February 23, 2007, or a later date that is convenient for the Court.
10
11  Dated: January 24, 2007                          Dated: January 24, 2007
12  CLIFFORD CHANCE US LLP                           FISH & RICHARDSON P.C.
13
14  By:   /s/ Drew M. Wintringham, III               By:   /s/ David M. Barkan
            Drew M. Wintringham, III                         David M. Barkan
15  Attorneys for Defendant and Plaintiff            Attorneys for Plaintiff and Defendant
    CASHEDGE INC.                                    YODLEE, INC.
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO RESCHEDULE CASE MANAGEMENT          -2-          Case Nos. C 05-01550 (SI) and C 06-04648 (SI)
CONFERENCES                                                                                    NYA 819730.1

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David M. Barkan.

Dated: January 24, 2007

CLIFFORD CHANCE US LLP

By: /s/ Drew M. Wintringham, III
Drew M. Wintringham, III

Attorneys for Defendant and Plaintiff
CASHEDGE INC.

## **ORDER**

IT IS SO ORDERED.

Dated: _____, 2007

_____
Honorable Susan Illston
United States District Judge