```
 1  COOLEY GODWARD KRONISH LLP
    THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
 2  BRIAN E. MITCHELL (190095) (bmitchell@cooley.com)
    CHRISTOPHER D. JENSEN (235108) (cjensen@cooley.com)
 3  101 California Street
    5th Floor
 4  San Francisco, CA  94111-5800
    Telephone:    (415) 693-2000
 5  Facsimile:    (415) 693-2222

 6  Attorneys for Plaintiff
    CASHEDGE INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASHEDGE INC., | Case No.  C 06-04648 SI |
| Plaintiff, | **E-FILING** |
| v. | **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST** |
| YODLEE, INC., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the undersigned no longer represents Plaintiff Cashedge Inc., and therefore requests that the law firm of Cooley Godward Kronish LLP be removed from the docket of this case. Additionally, the undersigned requests that they be removed from the service list of Plaintiff's counsel and all other interested parties:

| | |
|---|---|
| Thomas J. Friel, Jr.<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Email: tfriel@cooley.com | Brian E. Mitchell<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Email: bmitchell@cooley.com |

Christopher D. Jensen
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Email: cjensen@cooley.com

Dated: March 20, 2007          COOLEY GODWARD KRONISH LLP

_____/s/_____
Brian E. Mitchell (190095)

Attorneys for Plaintiff
CASHEDGE INC.



COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO