David M. Barkan (State Bar No. 160825/barkan@fr.com)
Craig R. Compton (State Bar No. 215491/compton@fr.com)
Jonathan J. Lamberson (State Bar No. 239107/lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant
YODLEE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CASHEDGE INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>YODLEE, INC.,<br><br>               Defendant. | Case No. C 06-04648 SI<br><br>**JOINT [PROPOSED] AMENDED SCHEDULING ORDER** |

The parties participated in a case management conference on February 23, 2007.  The Court adopted the schedule requested by the parties.  The parties have furthered met and conferred regarding the schedule and request a slight modification to the schedule, so that the parties can further address their respective positions in this matter.  None of the proposed changes affect dates concerning filings with the Court.  The parties jointly propose the following amendments to the Scheduling Order:

| Prior Date | New Date | Event |
|---|---|---|
| May 21, 2007 | June 22, 2007 | Defendant and Counterclaimant Yodlee serves Preliminary Invalidity Contentions and produces documents pursuant to Pat.L.R. 3-3 and 3-4. |
| June 22, 2007 | July 9, 2007 | CashEdge and Yodlee exchange Proposed Terms and Claim Elements for Construction pursuant to Pat.L.R. 4-1. |
| July 20, 2007 | August 6, 2007 | CashEdge and Yodlee exchange Preliminary Claim Constructions and |

| Prior Date | New Date | Event |
|---|---|---|
| | | Extrinsic Evidence pursuant to Pat.L.R. 4-2. |
| August 3, 2007 | August 20, 2007 | CashEdge and Yodlee file Joint Claim Construction and Prehearing Statement pursuant to Pat.L.R. 4-3. |
| September 7, 2007 | September 21, 2007 | Completion of Claim Construction Discovery pursuant to Pat.L.R. 4-4. |
| September 28, 2007 | September 28, 2007 | Meet & Confer re: narrowing number of claim terms |
| October 5, 2007 | October 5, 2007 | CashEdge files Opening Brief on Claim Construction pursuant to Pat.L.R. 4-5. |
| November 2, 2007 | November 2, 2007 | Last day for Yodlee to depose CashEdge expert(s) re: topic of Claim Construction |
| November 23, 2007 | November 23, 2007 | Yodlee files Responsive Brief on Claim Construction (Pat.L.R. 4-5) |
| December 21, 2007 | December 21, 2007 | Last day for CashEdge to depose Yodlee expert(s) re topic of Claim Construction |
| January 4, 2008 | January 4, 2008 | CashEdge files Reply Brief on Claim Construction |
| January 23, 2008 | January 23, 2008 | Markman Hearing |

Dated:  April 12, 2007                      Dated: April 12, 2007

FISH & RICHARDSON P.C.               GIBSON, DUNN & CRUTCHER LLP

By:    /s/ David M. Barkan                  By    /s/ Sarah Piepmeier
       David M. Barkan                              Sarah Piepmeier

Attorneys for Defendant                 Attorneys for Plaintiff
YODLEE, INC.                                 CASHEDGE INC.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Sarah Piepmeier.

Dated:  April 12, 2007                      FISH & RICHARDSON P.C.

                                            By:  /s/ David M. Barkan
                                                 David M. Barkan

IT IS SO ORDERED

Judge Susan Illston

                                            Attorneys for Defendant
                                            YODLEE, INC.

2

[PROPOSED] PROTECTIVE ORDER
Case No. C 06-04648 SI