GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
200 Park Avenue
New York, NY 10166-0193
Telephone:     (212) 351-4000
Facsimile:      (212) 351-4035
jkrevitt@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky, SBN 116731
Sarah E. Piepmeier, SBN 227094
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone:     (415) 393-8200
Facsimile:      (415) 374-8404
wbarsky@gibsondunn.com
spiepmeier@gibsondunn.com

Attorneys for Plaintiff CASHEDGE, INC.

FISH & RICHARDSON, P.C.
David M. Barkan, SBN 160825
Craig R. Compton, SBN 215491
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:     (650) 839-5070
Facsimile:      (650) 839-5071
barkan@fr.com
compton@fr.com

Attorneys for Defendant YODLEE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASHEDGE, INC.<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>YODLEE, INC.,<br><br>　　　　　　　Defendant. | Case No. C 06-04648<br><br>**STIPULATION DISMISSING COMPLAINT** |

1  WHEREAS plaintiff CashEdge, Inc. ("CashEdge") and defendant Yodlee, Inc. ("Yodlee") wish to dismiss their respective claims and counterclaims with regard to U.S. Patent No. 7,013,310 ("the '310 Patent"), which are now pending in the action entitled *CashEdge, Inc. v. Yodlee, Inc.,* Case No. 06-04648 (SI);

WHEREAS CashEdge hereby covenants and unconditionally agrees that it will not sue defendant Yodlee (together with its past, present, and future directors, officers, parents, subsidiaries, customers, resellers, partners, affiliated companies, and joint ventures, as well as Yodlee's heirs, assigns, and successors) for any claims of infringement of the '310 Patent with respect to past or present products that Yodlee has made, used, sold, offered for sale, or imported into the United States as of the date of this stipulation;

IT IS THEREFORE STIPULATED by and between CashEdge and Yodlee, through their respective counsel of record, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the action entitled *CashEdge, Inc. v. Yodlee, Inc.,* Case No. 06-04648 (SI), including all claims and counterclaims made therein, shall be dismissed without prejudice.  This stipulation has no effect upon the co-pending action entitled *Yodlee, Inc. v. CashEdge, Inc.,* Case No. 05-01550 (SI), or any claims or counterclaims made therein.

Dated:  June 15, 2007                    GIBSON, DUNN & CRUTCHER LLP


By:  _____/s/_____
          Sarah E. Piepmeier

Attorneys for Plaintiff CASHEDGE, INC.


Dated:  June 15, 2007                    FISH & RICHARDSON, P.C.


By:  _____/s/_____
          David M. Barkan

Attorneys for Defendant YODLEE, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Sarah E. Piepmeier, attest that I obtained the concurrence of David Barkan in filing this document and the attached Proposed Order.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 15th day of June, 2007 at San Francisco, California.

/s/

Sarah E. Piepmeier

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June __, 2007.

_____
Honorable Susan Illston
United States District Judge